# EXHIBIT A

No. 1040564 (Death Penalty)

# IN THE SUPREME COURT OF ALABAMA

EX PARTE: ALAN EUGENE MILLER )
)
ALAN EUGENE MILLER )
)
    Petitioner, )
)
v. )
)
STATE OF ALABAMA, )
)
    Respondent )

## AFFIDAVIT OF ALAN EUGENE MILLER

I, Alan Eugene Miller, under penalty of perjury affirm that the following is true and correct to the best of my ability:

1. I am currently incarcerated at Holman Correctional Facility in Atmore, Alabama. My inmate number is Z-672.

2. Because I have been sentenced to death, I am incarcerated on Holman's death row.

3. In June or July of 2018, a correctional officer at Holman passed out forms to individuals on death row concerning an election to be executed by nitrogen hypoxia.

4. The correctional officer said we could sign or not sign the forms. He said they would be back to pick up the forms later. I understood that to mean that a correctional officer would pick it up later.

5. I completed the form and signed it.

6. I gave my signed form to the correctional officer who was collecting the forms.

7. I gave the correctional officer my form at the same time that he was collecting forms from everyone else. The correctional officer collected my form on the same day that it was distributed to me.

8. I do not know what the correctional officer did with my form after I gave it to him.

9. I asked the correctional officer for a copy of my completed form, but the correctional officer refused to make a copy for me.

10. I also asked the correctional officer if I could have the form notarized, but he said no. I know that some other guys had their forms notarized, so I don't know why he would not permit me to get my form notarized.

Wherefore I swear under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_Alan Eugene Miller_  5-10-21
Alan Eugene Miller                     Date

State of Alabama
County of Escambia

SUBSCRIBED and SWORN TO before me this 10th day of May, 2022.

(Seal)

_Jennifer R. Parker_
NOTARY PUBLIC

My Commission Expires: My Commission Expires March 26, 2024