# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Alan Eugene Miller,<br><br>    Plaintiff,<br>vs.<br><br>JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, in his official capacity, et al.<br><br>    Defendants. | CIVIL ACTION NO. 22-cv-00506<br><br>DEATH PENALTY CASE<br><br>**EXECUTION SET FOR SEPTEMBER 22, 2022** |

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Alan Eugene Miller moves this Court, pursuant to 28 U.S.C. § 1915 for leave to proceed in this matter *in forma pauperis*, without prepayment of costs or fees. In support of this Motion, Mr. Miller states the following:

1. Mr. Miller, an inmate at Holman Correctional Facility, is indigent.

2. Undersigned counsel will obtain a statement of Mr. Miller's prison account from Holman Correctional Facility. When counsel receives the account statement, counsel will file it with the court, along with an Application to Proceed in District Court without Prepaying Fees or Costs signed by Mr. Miller under penalty of perjury.

Respectfully submitted,

*/s/ J. Bradley Robertson*
J. Bradley Robertson
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Plaza
1819 5th Ave. N.
Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com

Daniel J. Neppl *(pro hac vice motion forthcoming)*
Stephen Spector *(pro hac vice motion forthcoming)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: sspector@sidley.com

Marisol Ramirez *(pro hac vice motion forthcoming)*
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: marisol.ramirez@sidley.com

Attorneys for Plaintiff Alan Eugene Miller

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk on this 22nd day of August, 2022, and will be served via process server on the following parties:

John Q. Hamm
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130-1501

Terry Raybon
Holman Correctional Facility
866 Ross Road
Atmore, AL 36503

Steve Marshall
Attorney General's Office
501 Washington Avenue
Montgomery, AL 36104

_____
OF COUNSEL