# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:22-cv-00506-RAH |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| TERRY RAYBON, Warden, Holman ) | |
| Correctional Facility, and ) | |
| STEVE MARSHALL, Attorney ) | |
| General, State of Alabama ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEARANCE**

COMES NOW the undersigned, Audrey Jordan, and enters her appearance as counsel for the Defendants in the above-styled cause.

                                        Respectfully submitted,

                                        Steve Marshall
                                        *Attorney General*

                                        ***s/ Audrey Jordan***
                                        Audrey Jordan
                                        *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

*s/ Audrey Jordan*
Audrey Jordan
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-4338
Fax (334) 353-8400
Audrey.Jordan@AlabamaAG.gov