IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Alan Eugene Miller
_____,
      Plaintiff,

v.    CASE NO. 2:22-cv-00506-RAH

John Q. Hamm, Terry Raybon & Steve Marshall
_____,
      Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _John Q. Hamm, Terry Raybon, Steve Marshall_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |
| | |
| | |

8/23/2022
Date

s/ Audrey Jordan
(Signature)

Audrey Jordan, 501 Washington Ave., Montgomery, AL 36130
(Counsel's Name)

John Q. Hamm, Commissioner, ADOC, et al,
Counsel for (print names of all parties)

501 Washington Avenue
Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7300
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Audrey Jordan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF system_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __23rd__ day of __August_____ 20__22__, to:

James Bradley Robertson

Daniel J. Neppl

Marisol Ramirez

Stephen Spector

8/23/2022
Date

s/ Audrey Jordan
Signature