# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JOHN Q. HAMM, Commissioner, )<br>Alabama Department of Corrections, )<br>TERRY RAYBON, Warden, Holman )<br>Correctional Facility, and )<br>STEVE MARSHALL, Attorney )<br>General, State of Alabama )<br>)<br>   Defendants. ) | Case No. 2:22-cv-00506-RAH |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, James R. Houts, and enters his appearance as counsel for the Defendants in the above-styled cause.

                                                     Respectfully submitted,

                                                   Steve Marshall
                                                   *Attorney General*

                                                   ***s/ James R. Houts***
                                                   James R. Houts
                                                   *Deputy Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

                                             *s/ James R. Houts*
                                             James R. Houts
                                             *Deputy Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-1513
Fax (334) 353-8400
James.Houts@AlabamaAG.gov