IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Alan Eugene Miller
_____,
          Plaintiff,

v.                                          CASE NO. 2:22-cv-00506-RAH

John Q. Hamm, Terry Raybon & Steve Marshall
_____,
          Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alan Eugene Miller, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |
| | |
| | |

8/23/2022
Date

/s/ J. Bradley Robertson
(Signature)

J. Bradley Robertson
(Counsel's Name)

Alan Eugene Miller
Counsel for (print names of all parties)

Bradley Arant Boult Cummings LLP
One Federal Place, 1819 5th Avenue N., Birmingham, AL 35203
Address, City, State Zip Code

205-521-8188
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __J. Bradley Robertson_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF system_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __23_____day of __August_____ 20__22__, to:

Audrey Jordan

James R. Houts

8/23/2022                                           J. Bradley Robertson
Date                                                Signature