IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-506-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendants' Motion for a More Definite Statement, filed pursuant to Federal Rule of Civil Procedure 12(e), concerning Plaintiff's Complaint. As grounds, Defendants assert that due to deficiencies in the complaint, they are unable to formulate a response to Plaintiff's claims in the complaint, as filed. (Doc. 13.)

Upon consideration of the motion and for good cause, it is ORDERED that on or before noon on Monday, August 29, 2022, Plaintiff shall show cause why the motion should not be granted.

DONE, on this the 25th day of August, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE