IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALAN EUGENE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-506-RAH |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Attorney General Steve Marshall's Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure.  (Doc. 21.)

Upon consideration of the motion and for good cause, it is ORDERED that on or before 8:00 a.m. CDT on Monday, September 5, 2022, Plaintiff shall show cause why the motion should not be granted.

DONE, this the 1st day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE