IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALAN EUGENE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cv-506-RAH |
| | ) | |
| JOHN Q. HAMM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Alan Eugene Miller, a state inmate, filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 23), supported by a statement of his prison account balance. (Doc. 23-1.) In accordance with the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to proceed *in forma pauperis* in a civil action is required to pay the full amount of the requisite filing fee. However, where an inmate lacks the funds necessary to pay the entire filing fee upon initiation of the civil action and has money available to him, the court shall assess and collect an initial partial filing fee.

Plaintiff submitted certified financial information that provides the court with information necessary to determine the average monthly deposits to and average monthly balance of Plaintiff's inmate account prior to the filing of this complaint. This information reveals that Plaintiff lacks the funds necessary to pay the $402.00

filing fee in full.[1]  The documents further establish that for the six-month period immediately preceding the filing of the present complaint the average monthly deposits to Plaintiff's prison account were $412.14.  Additionally, the average balance in Plaintiff's prison account for the past six months is $247.23.  Presently, Plaintiff has $0.29 in his prison inmate account.  (*See* Doc. 23-1.)  Thus, he has insufficient funds in that account from which to pay an initial partial filing fee.

Accordingly, in accordance with the provisions of 28 U.S.C. § 1915(b)(1) and (b)(2), it is ORDERED that:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 23) and as supplemented (Doc. 23-1) is GRANTED.

2.  The $52.00 administrative fee for filing a civil action in district court is WAIVED.

3.  Plaintiff has insufficient funds in his prison account from which an initial partial filing fee may be assessed at this time.  However, if those funds become available, Plaintiff shall make monthly payments of twenty percent (20%) of each preceding month's income and/or funds credited to his account as payments towards the $350.00 filing fee.  The filing fee will be collected from any funds which become available to Plaintiff and will be forwarded to this court pursuant to the directives

---

[1] The filing fee includes a $52.00 administrative fee that may be waived when the prisoner/plaintiff is proceeding *in forma pauperis*.

contained in this order.

4. Plaintiff's custodian shall forward payments from Plaintiff's account to the Clerk of Court each time the amount in Plaintiff's account exceeds $10.00 until the $350.00 filing fee is paid in full. To aid Plaintiff and his custodian in complying with the requirements of this order, the Clerk is DIRECTED to furnish a copy of this order to the account clerk at the Holman Correctional Facility.

DONE, this 1st day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE