IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-cv-506-RAH |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Now pending before the Court are the following motions: Defendant Steve Marshall's Motion to Dismiss (doc. 21), Defendant Terry Raybon's Motion to Dismiss (doc. 30), and Plaintiff Alan Eugene Miller's Motion for Preliminary Injunction (doc. 28). At the September 2, 2022, telephone hearing in this matter, Defendants' counsel represented that they intend to file a motion to dismiss on behalf of Defendant John Q. Hamm. Accordingly, upon consideration of the motions, and for good cause, it is ORDERED as follows:

1. Defendant John Q. Hamm shall file his motion to dismiss, to the extent he wishes to file one, **on or before September 6, 2022, at 12:00 p.m. CDT**;

2. The Plaintiff shall file a response to the motions to dismiss filed by Defendants Marshall, Raybon, and Hamm (if any), **on or before September 9, 2022, at 12:00 p.m. CDT**;

3. The Defendants shall file a reply to the Plaintiff's response **on or before September 12, 2022, at 5:00 a.m. CDT**;

4. The deadline for the Plaintiff to respond to Defendant Marshall's motion to dismiss as set forth in the Court's September 1, 2022 Order (doc. 25) is VACATED;

5. The Defendants shall file a response to the Plaintiff's Motion for Preliminary Injunction **on or before September 8, 2022, at 12:00 p.m. CDT**;

6. The Plaintiff shall file a reply to the Defendants' response **on or before September 12, 2022, at 5:00 a.m. CDT**;

7. An evidentiary hearing on the Plaintiff's Motion for Preliminary Injunction (doc. 28) is SET for **September 12, 2022, at 9:00 a.m. CDT** in Courtroom 2D, Frank M. Johnson, Jr. U.S. Courthouse, 1 Church Street, Montgomery, Alabama.  The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE, on this the 2nd day of September, 2022.

                                         /s/ R. Austin Huffaker, Jr.
                                         R. AUSTIN HUFFAKER, JR.
                                         UNITED STATES DISTRICT JUDGE