IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | |
| *Plaintiff*, | Civil Action.: 2:22-cv-00506-RAH |
| v. | |
| JOHN Q. HAMM, Commissioner of Alabama Department of Corrections, *et al.*, | CAPITAL CASE |
| | SCHEDULED FOR EXECUTION ON SEPTEMBER 22, 2022 |
| *Defendants*. | |

**PLAINTIFF'S REPLY IN SUPPORT OF THE PARTIALLY
OPPOSED MOTION FOR EXPEDITED DISCOVERY**

On September 2, 2022, Plaintiff Alan Eugene Miller filed a partially opposed motion for expedited discovery. *See* Dkt. 32. On September 3, 2022, Defendants filed their response to Mr. Miller's motion. *See* Dkt. 33. In that brief, Defendants accuse Mr. Miller of being responsible for the tight timeline in which he seeks discovery, and attach to their motion three exhibits purporting to be communications between Mr. Miller and another individual. *See* Dkt. 33 at 4-5. But none of those particular communications include important context that would support Defendants' position that there was a delay in the filing of Mr. Miller's lawsuit.

More specifically, in the first communication, Mr. Miller allegedly writes: "Lawyers saying the same thing got to wait." Dkt. 33-1. No context is provided in Mr. Miller's communication and there is no suggestion that his reference to "wait" meant delaying his lawsuit. In the second communication, the individual corresponding with Mr. Miller asks: "Your attorney say we have to wait…?" Dkt. 33-2. Again, no context is provided and her use of "we" is unclear. Finally, in the third communication, Mr. Miller purportedly writes: "No I have not heard from my layers after a I called last." Dkt. 33-3. Like the first two communications that Defendants rely on,

this third communication also lacks context and does not show that Mr. Miller is responsible for the "time crunch" that Defendants find themselves in.

Counsel for Defendants has informed this Court that he has been performing his own "due diligence" regarding the nitrogen hypoxia election process and that he is "still looking into" how the election forms were collected and stored. *See* 9/2/2022 Status Conference Tr. at 16:2-9. Mr. Miller has tailored his reasonable discovery requests to coincide with counsel's "due diligence", so that to the extent possible, counsel for Defendants is not required to do more than he is already doing on his own terms. Mr. Miller is not aware of any reason why the Office of the Alabama Attorney General could not have performed this due diligence earlier since the office had been involved in prior litigation regarding election forms well before Mr. Miller filed his complaint in this case. *See, e.g.*, *Reeves v. Dunn*, --- F. Supp. 3d ---, 2022 WL 84376, at *2-3 (M.D. Ala. Jan. 7, 2022); *Price v. Dunn*, 385 F. Supp. 3d 1215, 1220 (S.D. Ala. 2019); *Smith v. Dunn*, 568 F. Supp. 3d 1244, 1248 (M.D. Ala. 2021); *Saunders v. Hamm*, 2022 WL 493693, at *2-3 (M.D. Ala. Feb. 17, 2022).

Mr. Miller respectfully requests that Defendants be ordered to produce all responsive materials by September 9, 2022, in order for Mr. Miller's counsel to review the materials in advance of the evidentiary hearing currently scheduled for September 12, 2022.

Dated: September 4, 2022                 Respectfully submitted,

/s/ *J. Bradley Robertson*
J. Bradley Robertson
Bradley, Arant, Boult, Cummings LLP
One Federal Plaza
1819 5th Ave. N., Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com

Daniel J. Neppl
Mara Klebaner
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

Marisol Ramirez
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: marisol.ramirez@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 4, 2022, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

                                                      *J. Bradley Robertson*
                                                      J. Bradley Robertson