IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-cv-506-RAH |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is the Motion for Order Transporting Alan Eugene Miller to the Frank M. Johnson Jr. U.S. Courthouse and for Counsel's Reasonable Access to Mr. Miller. (Doc. 40.) An evidentiary hearing on the Plaintiff's Motion for Preliminary Injunction is SET for **September 12, 2022, at 9:00 a.m**. CDT in Courtroom 2D of the Frank M. Johnson, Jr. U.S. Courthouse, 1 Church Street, Montgomery, Alabama. Accordingly, it is

ORDERED as follows:

(1) To the extent Plaintiff requests a transport order, the Motion is GRANTED. **The persons having custody of Alan Eugene Miller** (AIS 0000Z672) **shall produce him at the evidentiary hearing scheduled in this matter**.

(2) To the extent Plaintiff requests a brief meeting with counsel prior to the hearing, the Motion is GRANTED. Counsel will be allowed to meet with Plaintiff 30 minutes prior to the start of the evidentiary hearing. **The persons having custody of Plaintiff shall ensure he is available to meet with his counsel on or before 8:30 a.m.** CDT in the Frank M. Johnson, Jr. U.S. Courthouse.

(3) The Clerk is DIRECTED to provide a copy of this order to the transfer agent for the Alabama Department of Corrections and to the United States Marshal.

DONE, on this the 8th day of September, 2022.

                                                     /s/ R. Austin Huffaker, Jr.
                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE