**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ALAN EUGENE MILLER, | |
| *Plaintiff*, | Civil Action.: 2:22-cv-00506-RAH |
| v. | |
| JOHN Q. HAMM, Commissioner of Alabama Department of Corrections, *et al.*, | CAPITAL CASE |
| | SCHEDULED FOR EXECUTION ON SEPTEMBER 22, 2022 |
| *Defendants*. | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EXHIBIT 2 FROM THE ALABAMA SUPREME COURT PROCEEDINGS (TAYLOR MATERIALS)**

On September 12, 2022, the Court held an evidentiary hearing regarding Mr. Alan Miller's claims in the above-referenced matter. As the Court knows, the Parties and the Court spent substantial time at the hearing discussing whether Mr. Miller and Mr. Jarrod Taylor are similarly situated, and whether Mr. Taylor submitted an election form to the warden at Holman in June of 2018.

A few hours after the hearing concluded, Defendants filed on the docket the unsealed version of the exhibit that the State submitted to the Alabama Supreme Court related to Mr. Taylor's election. *See* Dkts. 51, 51-2. Defendants had not previously provided the entirety of these documents to Mr. Miller or to the Court. The newly-produced documents are copies of internal emails and memoranda from Mr. Taylor's attorneys in June of 2018 showing that Mr. Taylor told his attorneys that he had provided his completed election form to "Lieutenant Franklin to deliver to the warden."

> Case 2:22-cv-00506-RAH   Document 51-2   Filed 09/12/22   Page 20 of 26
>
> **From:** Arfa, Meredith A
> **Sent:** Friday, June 29, 2018 4:03 PM
> **To:** Lerer, Justin; GRP-TAYLOR
> **Subject:** RE: Call with Jarrod
> **Attachments:** 12164544_1.docx
>
> I spoke with Jarrod earlier. He confirmed that he received and signed two copies of the election form we sent, and that this morning he gave one signed copy to Lieutenant Franklin to deliver to the warden. Jarrod sent the other signed copy back to me.
>
> In an abundance of caution, I've prepared the attached memo for our files, memorializing the information Jarrod provided during today's call. Emily/Noah: Please file. Thanks!
>
> **Meredith A. Arfa** | Associate
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas | New York, NY 10019-6064
> +1 212 373 3214 (Direct Phone) | +1 212 492 0214 (Direct Fax)
> marfa@paulweiss.com | www.paulweiss.com

Dkt. 51-2 at 20.

These materials establish that Mr. Taylor submitted his election form in 2018, and contradict Defendants' responses to Mr. Miller's requests for admission on that issue, which were discussed at the hearing.

> 8. "Admit that Defendants do not know whether Mr. Taylor submitted an Election Form to the warden at Holman."
>
> **All Defendants: DENIED.**
>
> *Good-faith qualification*: While defendants do not know whether inmate Taylor submitted a copy of his form to the warden in 2018, he sent completed election forms
>
> ---
> [16] (AMILLER1983DISC0449-0499)
> [17] (AMILLER1983DISC0514)
>
> 5
>
> to his legal counsel and documentary evidence establishes his receipt of the blank forms from his legal counsel. At least one of these election forms was mailed to Taylor's legal counsel in June 2018. An election form (or copy) was submitted to the warden in 2019.

Pl's Evidentiary Hr'g Ex. 4.

2

Most importantly, these materials confirm that not all election forms submitted by inmates in June of 2018 were delivered to the warden, that ***Defendants lost Mr. Taylor's form just as they lost Mr. Miller's form***, and that the two men are similarly situated.

Dated: September 12, 2022                     Respectfully submitted,

/s/   *J. Bradley Robertson*
J. Bradley Robertson
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N., Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com

Daniel J. Neppl
Kelly Huggins
Mara Klebaner
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: khuggins@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

Marisol Ramirez
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: marisol.ramirez@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 12, 2022, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

J. Bradley Robertson
J. Bradley Robertson
