IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-cv-506-RAH ) |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On September 12, 2022, the Court held an evidentiary hearing on Plaintiff Alan Eugene Miller's Motion for Preliminary Injunction. In his motion, the Plaintiff asks the Court to enjoin his execution by lethal injection, which is scheduled for September 22, 2022, and to "declare that his nitrogen hypoxia election be honored." (Doc. 28 at 19.) In their response to the Plaintiff's motion for preliminary injunction, the Defendants stated that, should the Court issue an injunction, "such an injunction would be limited in scope so as to permit Miller's September 22, 2022, execution to be conducted by nitrogen hypoxia." (Doc. 42 at 10.) At the evidentiary hearing, counsel for the Defendants stated that it was "very likely" the Alabama Department of Corrections could execute the Plaintiff by nitrogen hypoxia on September 22, 2022, if the Court enjoined his execution by lethal injection, but counsel would not

take a firm position as to the use of nitrogen hypoxia on that date, as that was a decision to be made by others. Due to counsel's vague and imprecise statements regarding the readiness and intent to move forward with an execution on September 22, 2022, by nitrogen hypoxia as applicable to the Plaintiff should an injunction issue, it is

ORDERED that, **on or before September 15, 2022 at 5:00 p.m. CDT**, the Defendants shall file an affidavit or declaration of Commissioner John Q. Hamm, Attorney General Steve Marshall, or other appropriate official with personal knowledge, definitively setting forth whether or not the Defendants can execute the Plaintiff by nitrogen hypoxia on September 22, 2022.

DONE, on this the 13th day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE