# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

ALAN EUGENE MILLER                )
                                  )
     Plaintiff,                  )
                                  )
v.                                )     Case No.  2:22-cv-00506-RAH
                                  )
TERRY RAYBON, Warden, Holman )
Correctional Facility, *et al.*,          )
                                  )
     Defendants.               )

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Beth Jackson Hughes, and enters her appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*


***s/ Beth Jackson Hughes***
Beth Jackson Hughes
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

Kelly J. Huggins
khuggins@sidley.com

*s/ Beth Jackson Hughes*
Beth Jackson Hughes
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242-7392
Fax (334) 353-8400
Beth.Hughes@AlabamaAG.gov

2