# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00506-RAH |
| TERRY RAYBON, Warden, Holman Correctional Facility, *et al.*, | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

COMES NOW the undersigned, Richard D. Anderson, and enters his appearance as counsel for the Defendants in the above-styled cause.

    Respectfully submitted,

    Steve Marshall
    *Attorney General*

    ***s/ Richard D. Anderson***
    Richard D. Anderson
    *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

Kelly J. Huggins
khuggins@sidley.com

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-2021
Fax (334) 353-8400
Richard.Anderson@AlabamaAG.gov

2