# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:22-cv-00506-RAH** |
| ) | |
| STEVE MARSHALL, Alabama ) | |
| Attorney General, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## Notice of Defendants' Evidentiary Submission

COME NOW Defendants and offer the attached evidentiary submission in support of their opposition to Plaintiff's motion for preliminary injunction:

At the September 12, 2022 evidentiary hearing, Defendants offered evidence that Plaintiff had in the past communicated with his attorneys regarding disputes with prison officials. In the course of ongoing discovery, Defendants recently provided Plaintiff with a copy of documents dated from June 2018 to December 2018, as well as documents from Mr. Miller's 2009 grievance proceedings, that were contained in his Institutional File. The documents addressing the 2009 incident demonstrate that Mr. Miller contacted his attorneys at Sidley Austin and successfully obtained their intervention in a dispute with prison officials. The documents concerning this event are attached hereto as "Attachment A."

Respectfully submitted,

Steve Marshall
*Attorney General*
BY—


***s/ Beth Jackson Hughes*** 
Beth Jackson Hughes
*Assistant Attorney General*


***/s Audrey Jordan*** 
Audrey Jordan
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

Kelly J. Huggins
khuggins@sidley.com

*s/ Beth Jackson Hughes*
Beth Jackson Hughes
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 242-7392
Fax (334) 353-8400
Beth.Hughes@AlabamaAG.gov