# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-506-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-styled cause hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the memorandum opinion and order entered on September 19, 2022, granting Miller's motion for preliminary injunction and enjoining Defendants from executing Miller by any method other than nitrogen hypoxia.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

**/s/ Beth Jackson Hughes**
Beth Jackson Hughes
*Alabama Assistant Attorney General*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 20, 2022, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to: **J. Bradley Robertson, Stephen Spector, Daniel J. Neppl, Mara Klebaner, Marisol Ramirez,** and **Kelly J. Huggins**.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

**/s/ Beth Jackson Hughes**
Beth Jackson Hughes
*Alabama Assistant Attorney General*
Counsel for Defendants

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 242-7392
Fax: (334) 353-8400
Beth.Hughes@AlabamaAG.gov