# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 21, 2022

Beth Jackson Hughes
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Daniel Neppl
Sidley Austin, LLP
1 S DEARBORN ST
CHICAGO, IL 60603

Appeal Number: 22-13136-P
Case Style: Alan Eugene Miller v. Commissioner, Alabama Department of Corrections, et al
District Court Docket No: 2:22-cv-00506-RAH

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13136-P

_____

ALAN EUGENE MILLER,

                                          Plaintiff - Appellee,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY,
ATTORNEY GENERAL, STATE OF ALABAMA,

                                          Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

       At the Court's direction Appellee's Response to Appellants' Motion to Stay Preliminary Injunction is **due by 9-22-22 at 9:00 a.m. ET.**

                                          DAVID J. SMITH
                                        Clerk of the United States Court of
                                        Appeals for the Eleventh Circuit

                                 ENTERED FOR THE COURT - BY DIRECTION