# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 21, 2022

Beth Jackson Hughes
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Edmund Gerard LaCour Jr.
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Appeal Number: 22-13136-P
Case Style: Alan Eugene Miller v. Commissioner, Alabama Department of Corrections, et al
District Court Docket No: 2:22-cv-00506-RAH

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-13136-P

ALAN EUGENE MILLER,

                                               Plaintiff - Appellee,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY,
ATTORNEY GENERAL, STATE OF ALABAMA,

                                               Defendants - Appellants.

Appeal from the United States District Court
for the Middle District of Alabama

ORDER:

      The Appellants' Emergency Motion to Expedite Briefing on their Emergency Motion to Stay Preliminary Injunction is GRANTED IN PART AND DENIED IN PART. The Appellee's response is still due at 9:00 am ET on September 22, 2022. If the Appellants wish to file a reply, they may do so by 1:00 pm ET on September 22, 2022.

                                                                                           DAVID J. SMITH
                                                                 Clerk of the United States Court of
                                                                 Appeals for the Eleventh Circuit

                                                     ENTERED FOR THE COURT - BY DIRECTION