IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | |
| *Plaintiff*, | Civil Action.: 2:22-cv-00506-RAH |
| v. | |
| JOHN Q. HAMM, Commissioner of Alabama Department of Corrections, *et al.*, | CAPITAL CASE |
| *Defendants*. | |

**PLAINTIFF'S EMERGENCY MOTION FOR ACCESS TO PRESERVE EVIDENCE**

Plaintiff Alan Eugene Miller hereby requests that this Court order that one of his attorneys and/or one of their agents be given access to meet with Mr. Miller in person **today** at Holman Correctional Facility with equipment necessary to preserve evidence of his injuries from last night's attempted execution. On September 22, 2022, Defendants attempted to carry out the execution of Plaintiff via lethal injection. Defendants have publicly admitted they had difficulty accessing his veins during the process, and the execution was called off. Mr. Miller has injuries from the attempted execution that can and should be photographed and/or filmed.

For the reasons stated above, Plaintiff respectfully moves this Court to enter an Order granting his Motion for Access to Preserve Evidence and directing Defendants to permit the access requested above.

Dated: September 23, 2022

Respectfully submitted,

/s/ J. Bradley Robertson
J. Bradley Robertson
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N., Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com

Daniel J. Neppl
Mara Klebaner
Kelly Huggins
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: mklebaner@sidley.com
Email: khuggins@sidley.com
Email: sspector@sidley.com

Marisol Ramirez
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: marisol.ramirez@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 23, 2022, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

<u>J. Bradley Robertson</u><br>
J. Bradley Robertson