IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER,  *Plaintiff*,  v.  JOHN Q. HAMM, Commissioner of Alabama Department of Corrections, *et al.*,  *Defendants*. | Civil Action.: 2:22-cv-00506-RAH  CAPITAL CASE |

**ORDER REGARDING ACCESS TO MR. MILLER AND PRESERVATION OF EVIDENCE**

On September 23, 2022, Plaintiff Alan Miller filed an Emergency Motion for Access to Preserve Evidence. Dkt. 72. Following that filing, the Court held a telephone status conference regarding the motion whereby the attorneys for Mr. Miller, the Alabama Department of Corrections ("ADOC") and the Alabama Attorney General's Office discussed the issues raised in the motion. Dkt. 73. In addition to the verbal orders provided at the status conference, and the Court's Order, Dkt. 74, the Court hereby orders:

1. Defendants to provide counsel for Plaintiff direct, in-person access to Mr. Miller at Holman Correctional Facility ("Holman") between 4:00-6:00 PM on September 23, 2022 and 7:00-9:00 AM on September 24, 2022 and September 25, 2022.

2. Counsel for Plaintiff shall have the ability to take still photograph and videos of Mr. Miller while at Holman through the use of his or her cellular telephone on September 23-25, 2022. Counsel for Plaintiff shall keep the phone on "airplane mode" for the duration of the visits and shall make his or her best efforts to minimize any security risks when taking photos and videos.

3. Counsel for Plaintiff shall have the ability to bring evidence stickers and rulers, or similar equipment with him or her to Holman on September 23-25, 2022. Counsel for Plaintiff shall also have the ability to bring a cellular phone charger.

4. Defendants are not permitted to access the phone used by counsel for Plaintiff, but will be allowed to view photographs and videos taken to assess any potential security issues.

Should such issues arise, challenged photographs will be sequestered until such time as the Court has had an opportunity to review them.

5. Defendants are ordered to make Mr. Miller available to see a medical doctor retained on his own behalf on September 24, 2022 or September 25, 2022, who may bring with him or her his cellular phone on airplane mode. Photographs or videos taken by the doctor shall be subject to the same security precautions as those taken by counsel. Should the doctor require any medical equipment or device to assist in his evaluation of Mr. Miller, that equipment will be disclosed to ADOC prior to the doctor's arrival – any such device shall be identified and its purpose stated. Should a dispute arise regarding the appropriateness of any such equipment, it will be submitted to the Court.

6. Defendants and their employees, contractors, and agents, including any medical personnel, are ordered to make immediate efforts to locate and preserve all evidence related to the attempted execution of Mr. Miller on September 22, 2022, including but not limited to:

   a. All medical charts, reports, and notes that were prepared, relied upon, documented, or otherwise used;

   b. All medical materials and equipment, including but not limited to syringes, swabs, scalpels, and IV-lines that were used or otherwise relied upon. Defendants are ordered to make a good-faith effort to recover these materials, including any medical waste. All materials recovered shall be preserved and maintained by ADOC; and

   c. All communications relating to the attempted execution on September 22, 2022 from personnel employed, contracted by, or otherwise associated with Holman, the Alabama Department of Corrections, and Alabama Attorney General's Office, including e-mails, phone calls, text messages, notes, or any other form of communication, written or otherwise.

DONE, on this the 23rd day of September, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE