IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-cv-506-RAH |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Following the State of Alabama's unsuccessful attempt to execute the Plaintiff by lethal injection on September 22, 2022, the Court held a telephonic status conference on September 23, 2022, to address the Plaintiff's Emergency Motion for Access to Preserve Evidence (Doc. 72). At the conference, Plaintiff's counsel represented that they anticipate filing an amended complaint. Because the Plaintiff has already filed an Amended Complaint (Doc. 18), the Plaintiff's next pleading would be the Second Amended Complaint. To date, no formal request for leave to file a Second Amended Complaint has been filed.

If no Second Amended Complaint is filed, the Court will need to rule on the currently pending motions to dismiss (Docs. 21, 30, 35). By contrast, the filing of a Second Amended Complaint would moot the pending motions, although the Court

anticipates that a Second Amended Complaint may trigger one or more new motions to dismiss. The Court wants this case to progress efficiently. In the interest of efficiency, and pursuant to the Court's authority to manage its docket, it is

ORDERED that the Plaintiff shall file his motion for leave to file a Second Amended Complaint, to the extent he wishes to file one, **on or before October 14, 2022**. Nothing in this Order shall be construed as relieving the Plaintiff of the requirements set forth in Federal Rule of Civil Procedure 15(a)(2) or Middle District of Alabama Local Rule 15, nor shall it be deemed as foreclosing any opposition by the Defendants to such a motion.

DONE, on this the 5th day of October, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE