IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-cv-506-RAH |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

Now pending before the Court is Plaintiff Alan Eugene Miller's Motion for Leave to File a Second Amended Complaint. (Doc. 79.) Upon consideration of the motion, and for good cause, it is hereby

ORDERED that **on or before Tuesday, October 11, 2022**, the Defendants shall show cause in writing why the Plaintiff's motion should not be granted. It is further

ORDERED that this case is SET for a telephonic status and scheduling conference on **Thursday, October 13, 2022 at 9:00 a.m. CDT**. The Courtroom Deputy will contact counsel with the call-in number. The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE, on this the 7th day of October, 2022.

            /s/ R. Austin Huffaker, Jr.
         R. AUSTIN HUFFAKER, JR.
         UNITED STATES DISTRICT JUDGE