# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00506-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## Defendants' Response to Miller's
## Motion for Leave to File a Second Amended Complaint

COMES NOW Defendants, by and through the Attorney General of Alabama, and, pursuant to this Court's October 7, 2022 order to show cause, responds to Miller's motion for leave to file a second amended complaint as follows:

1. On October 5, 2022, this Court issued an order that, if Miller intended to file an amended complaint, Miller should file a motion for leave to file a second amended compliant on or before October 14, 2022. (Doc. 78.)

2. On October 7, 2022, Miller filed a Motion for Leave to File a Second Amended Complaint and attached the Second Amended Complaint as Exhibit A. (Doc. 79.)

3. Thereafter, this Court issued a show cause order for the Defendants to respond to Miller's motion. (Doc. 81.) The Defendants do not object to Miller's motion for leave to file the second amended complaint.

Respectfully submitted,

Steve Marshall
*Attorney General*

*s/ Audrey Jordan*
Audrey Jordan
*Assistant Attorney General*

*/s Beth Jackson Hughes*
Beth Jackson Hughes
*Assistant Attorney General*

*s/ James R. Houts*
James R. Houts
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also served a copy upon counsel for the plaintiff via electronic mail, addressed as follows:

James Bradley Robertson
brobertson@bradley.com

Mara Klebaner
mklebaner@sidley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

Kelly J. Huggins
khuggins@sidley.com

*s/ Audrey Jordan*
Audrey Jordan
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, Alabama 36130
Office (334) 353-4338
Fax (334) 353-8400
Audrey.Jordan@AlabamaAG.gov

3