IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JOHN Q. HAMM, Commissioner,   )<br>Alabama Department of Corrections,   )<br>*et al.*,   )<br>  )<br>  Defendants.   ) | CASE NO. 2:22-cv-506-RAH |

## **ORDER**

Now pending before the Court is Plaintiff Alan Eugene Miller's Motion for Leave to File a Second Amended Complaint.  (Doc. 79.)  The Defendants have represented that they do not object to Miller's Motion. (Doc. 83 at 2.)  Accordingly, it is hereby

ORDERED as follows:

1. Miller's Motion for Leave to File a Second Amended Complaint (Doc. 79) is GRANTED.  Miller shall file the Second Amended Complaint as a separate docket entry as soon as possible but no later than **October 13, 2022**.

2. Given the expedited nature of these proceedings, the Defendants shall file their respective answers or motions directed at the Second Amended Complaint on or before **October 21, 2022**.  *See* FED. R. CIV. P. 15(a)(3) ("*Unless the court*

*orders otherwise*, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." (emphasis added)).

DONE, on this the 12th day of October, 2022.

                                                /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE