IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CASE NO. 2:22-cv-506-RAH |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

For the reasons stated at the October 13, 2022 telephonic status and scheduling conference, and for good cause, it is hereby

ORDERED as follows:

1. The Defendants shall file their respective answers or motions directed at the Second Amended Complaint **on or before October 21, 2022 at 12:00 noon CDT**;[1]

2. Miller shall file his response to the Defendants' motions **on or before October 26, 2022**;

3. The Defendants shall file a reply **on or before October 28, 2022**;

---

[1] This deadline supersedes the response deadline set forth in the Court's October 12, 2022 Order (Doc. 84).

4. The Defendants shall file a copy of any Order(s) or other filing(s) issued to date by the Alabama Supreme Court concerning the pending motion to reset Miller's execution (the execution motion) **on or before October 14, 2022**;

5. Going forward, the parties shall keep the Court apprised of any developments in the Alabama Supreme Court regarding the execution motion as follows:

    a. If a party files any papers with the Alabama Supreme Court, the party shall notify this Court, with the papers attached, **as soon as practicable but no later than eight hours** after filing the papers with the Alabama Supreme Court.

    b. If the Alabama Supreme Court issues an Order or any other filing, the Defendants shall notify this Court, with the papers attached, **as soon as practicable but no later than eight hours** after receiving notice of the Alabama Supreme Court's action.

6. If Miller files an action in Alabama state court regarding his nitrogen hypoxia election or any other claim asserted in this federal lawsuit, Miller shall notify this Court, with the papers attached, **as soon as practicable but no later than eight hours** after filing the action in Alabama state court.

Case 2:22-cv-00506-RAH   Document 87   Filed 10/13/22   Page 3 of 3

3

DONE, on this the 13th day of October, 2022.

                                         /s/ R. Austin Huffaker, Jr.
                               R. AUSTIN HUFFAKER, JR.
                               UNITED STATES DISTRICT JUDGE