IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, et al.,<br><br>    *Defendants*. | Civil Action.: 2:22-cv-00506-RAH<br><br>CAPITAL CASE |

## NOTICE OF FILING IN ALABAMA SUPREME COURT

Pursuant to this Court's Order dated October 13, 2022 (Dkt. 87), and the parties' continuing obligation to keep this Court informed of ongoing proceedings in the Alabama Supreme Court, Plaintiff Alan Miller hereby files as Exhibit A to this Notice, Miller's Motion to Exceed Word Limitation. Exhibit A was filed on October 18, 2022, in the Alabama Supreme Court.

Dated: October 18, 2022

Respectfully submitted,

/s/ J. Bradley Robertson
J. Bradley Robertson
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.,
Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com

Daniel J. Neppl
Kelly Huggins
Mara E. Klebaner
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn

Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: khuggins@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

Marisol Ramirez
SIDLEY AUSTIN LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: marisol.ramirez@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 18, 2022, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

                                             */s/ J. Bradley Robertson*
                                              J. Bradley Robertson