IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-506-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Now pending before the Court is the Defendants' Motion for Protective Order. (Doc. 102.) Upon consideration of the motion, it is

ORDERED that a hearing on the Motion for Protective Order (Doc. 102) is SET for **November 9, 2022, at 2:00 p.m. CT** in Courtroom 2D, Frank M. Johnson, Jr. U.S. Courthouse, 1 Church Street, Montgomery, Alabama. The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE, on this the 4th day of November, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE