IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-506-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The parties are hereby reminded of the obligation, imposed by Fed. R. Civ. P. 26(f), to confer and to develop a proposed discovery plan and other information as required for filing the report of the parties' planning meeting.  Accordingly, it is

ORDERED that the Fed. R. Civ. P. 26(f) Report containing the discovery plan shall be filed as soon as practicable but not later **November 14, 2022**.  It is further

ORDERED that the Defendants shall file their Answer(s) to the Second Amended Complaint **on or before November 10, 2022**.

DONE, on this the 4th day of November, 2022.

                                       /s/ R. Austin Huffaker, Jr.
                                   R. AUSTIN HUFFAKER, JR.
                                   UNITED STATES DISTRICT JUDGE