IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-506-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For the reasons stated at the November 9, 2022 hearing, and for good cause, it is

ORDERED that the Defendants shall submit to the Court *in camera* an unredacted version of the ADOC's current lethal injection execution protocol **on or before November 10, 2022**.  The Defendants shall submit the document to the undersigned's chambers at propord_huffaker@almd.uscourts.gov.  It is further

ORDERED that the parties shall participate in their Rule 26(f) planning meeting **on or before November 10, 2022**.

DONE, on this the 10th day of November, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE