## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:22-cv-00506-RAH** |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING UNDER SEAL

Notice is hereby given that Defendants have filed an unredacted copy of the Alabama Department of Corrections' execution procedures under seal for *in camera* inspection, in compliance with the court's November 10, 2022, order (Doc. 113).

    Respectfully submitted,

    Steve Marshall
    *Attorney General*
    BY—

    **s/ James R. Houts**
    James R. Houts
    *Assistant Attorney General*

    **/s Audrey Jordan**
    Audrey Jordan
    *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall cause an electronic copy of the same to be served upon counsel for Plaintiff Miller:

James Bradley Robertson
brobertson@bradley.com

Kelly Huggins
khuggins@sidley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

*s/ James R. Houts*
James R. Houts
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 353-1513
Fax (334) 353-8400
James.Houts@AlabamaAG.gov