# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:22-cv-00506-RAH** |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## Unopposed Motion to Stay Portions of This Court's November 15, 2022, Order

Comes now the Defendants, by and through the Attorney General of the State of Alabama, and respectfully request that this Court stay the portion of its order (Doc. 119) that "Defendants shall disclose to Miller, subject to an 'Attorneys' Eyes Only' designation, the legal names of the execution team members at Holman on September 22, 2022" because the parties are in settlement negotiations and have agreed to a one-week stay of discovery while the parties work on settlement terms. For this reason, Defendants respectfully request that this Court stay the portion of its order requiring Defendants to disclose to Miller the legal names of the execution team members for seven days, until November 29, 2022.

1. At the parties' meet and confer on November 10, 2022, Defendants indicated to counsel for Plaintiff that they were willing to settle this case. During this

1

discussion, counsel for Plaintiff indicated that they would need to meet with their client to discuss this matter. Counsel for Defendant informed Plaintiff's counsel that they could meet with their client either on the afternoon of November 14 or November 15 from 2:30 to 4:30. Counsel visited their client on the afternoon of November 14.

2. That same day, Defendants asked the Alabama Supreme Court to hold the State's motion to set an execution in abeyance. Defendants informed this Court of the State's actions on the same day. Doc. 116.

3. On November 15, 2022, this Court entered an Order (Doc. 119), a Protective Order (Doc. 120), and an Ex Parte Order (Doc. 121). In the Order, this Court ordered Defendants to turn over the names of the execution team members to Plaintiff's counsel by noon today.

4. Settlement negotiations have continued since that time, and on November 17, 2022, counsel for Plaintiffs sent counsel for Defendants their terms of a settlement agreement. At that time, Plaintiff's counsel also indicated that they were willing to agree to a temporary one-week stay of discovery in order to come to terms on a settlement agreement. On November 21, Defendants responded with a counterproposal.

5. The parties are engaged in a good-faith effort to settle this case.

6. Defendants have contacted Plaintiff's counsel, and they do not oppose this request.

For the reasons set forth above, Defendants request that this Court grant Defendants a one-week stay (until November 29) of this Court's order requiring Defendants to turn over the names of the execution teams members by noon today while the parties continue settlement negotiations.

Respectfully submitted on this the 22nd day of November 2022.

    STEVE MARSHALL
    ATTORNEY GENERAL
    BY—

    **/s/ James R. Houts**
    James R. Houts
    *Assistant Attorney General*

    **/s/ Audrey Jordan**
    Audrey Jordan
    *Assistant Attorney General*

    **/s/ Beth Jackson Hughes**
    Beth Jackson Hughes
    *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall cause an electronic copy of the same to be served upon counsel for Plaintiff Miller:

James Bradley Robertson
brobertson@bradley.com

Kelly Huggins
khuggins@sidley.com

Daniel J. Neppl
dneppl@sidley.com

Marisol Ramirez
Marisol.ramirez@sidley.com

Stephen Spector
sspector@sidley.com

                                         **/s/ James R. Houts**
                                         James R. Houts
                                         Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 353-1513
Fax (334) 353-8400
James.Houts@AlabamaAG.gov