# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action: 2:22-cv-00506-RAH ) |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, et al., | ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION AND AGREEMENT

Plaintiff Alan Eugene Miller and Defendants John Q. Hamm, in his official capacity as Commissioner of the Alabama Department of Corrections, Terry Raybon, in his official capacity as the Warden of Holman Correctional Facility, and Steve Marshall, in his official capacity as Attorney General of Alabama, hereby stipulate and agree to the following:

1. On November 22, 2022, Defendant Attorney General Marshall moved the Alabama Supreme Court to withdraw his expedited motion for an execution date for Mr. Miller.

2. Defendants agree to refrain from any further efforts to execute Mr. Miller by means of lethal injection.

3. Defendants agree that any future effort to execute Plaintiff's sentence of death can only be by means of nitrogen hypoxia.

4. Both parties agree to bear their own costs and fees of this litigation.

5. Both parties agree to the dismissal of the above-styled action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 28, 2022

/s/ *J. Bradley Robertson*
J. Bradley Robertson
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.,
Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com


*/s/ Daniel J. Neppl*
Daniel J. Neppl
Kelly Huggins
Mara E. Klebaner
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*


*s/ Beth Jackson Hughes*
Beth Jackson Hughes
*Alabama Assistant Attorney General*

*s/ James R. Houts*
James R. Houts
*Alabama Assistant Attorney General*

*s/ Audrey Jordan*
Audrey Jordan
*Alabama Assistant Attorney General*

*Attorneys for Defendants*

2