IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-cv-506-RAH |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon review of the Joint Stipulation and Agreement (Doc. 124), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is ORDERED that this action is DISMISSED without prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close this case.

DONE, on this the 29th day of November, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                                    R. AUSTIN HUFFAKER, JR.
                                    UNITED STATES DISTRICT JUDGE