# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13136-P
Case Style: Alan Eugene Miller v. Commissioner, Alabama Department of Corrections, et al
District Court Docket No: 2:22-cv-00506-RAH

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13136

_____

ALAN EUGENE MILLER,

                                                            Plaintiff - Appellee,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
WARDEN, HOLMAN CORECTIONAL FACILITY,
ATTORNEY GENERAL, STATE OF ALABAMA

                                                            Defendants - Appellants,

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

ORDER:

      The parties have settled and dismissed this case in the district court. We therefore **DISMISS** this appeal as moot.

      **SO ORDERED.**